DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALEXIOU v. O.R.I.P., LTD.

No. 157 PC.

Case below: 36 N.C. App. 246.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

## DEW v. SHOCKLEY

No. 128 PC.

Case below: 36 N.C. App. 87.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

## DOCKERY v. TABLE CO.

No. 145 PC.

Case below: 36 N.C. App. 293.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1978.

## FONVIELLE v. INSURANCE CO.

No. 171 PC.

No. 54 (Fall Term).

Case below: 36 N.C. App. 495.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 14 July 1978.

## GOODE v. TAIT, INC.

No. 154 PC.

Case below: 36 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.